# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JERMAINE O. MACK

NO. 2024 KW 1218

MARCH 14, 2025

In Re:   Jermaine O. Mack, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-04217.

BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy the motion filed with the district court, the district court's ruling on the motion, the bill of information, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Relator may file a new writ application without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

MRT
CHH
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT